# Atwood v. Allis.

The fact that the Justice of the Peace who tries the case, previous to trying the same had been acting as Agent or Attorney for the plaintiff in the collection of the same, does not oust his jurisdiction.

## JURISDICTION—JUSTICES OF THE PEACE ACTING AS AGENT OR ATTORNEY.

No. 79, February Term, 1902, C. P. of Bradford Co.

Charles M. Culver, Esq., for Plaintiff.

Lilley & Wilson, Esqs., for Defendant.

Dec. 7, 1901, the plaintiff recovered a judgment against the defendant for 75c, before P. E. Woodruff, a Justice of the Peace. The defendant did not appear at the trial before the Justice.

The defendant removed the proceedings to the Common Pleas by certiorari, and filed five exceptions thereto, the first of which is as follows:

"The Justice of the Peace who tried the case, previous to trying the same, had been acting as the Agent or Attorney for

the plaintiff in the collection of the same, and therefore had no jurisdiction to hear and determine the case."

A rule to take depositions was entered, and Frank R. Allis, the defendant, testified as follows:

Mr. Atwood notified me he had left it with him (meaning the Justice) for collection. A notice was sent me in writing of this claim.

Ex. A. shown witness. That is the writing I received. I received this the latter part of October, 1901.

Mr. P. E. Woodruff, the Justice, testified that he has been in the habit of sending out a notice when a claim is put in his hands, that he has a printed form, and that it has been his practice to send out a notice when a claim is left with him before issuing a summons to save costs.

The following is a copy of Ex. A., in the original the italicized words were written, the other printed:

*Mr. Frank R. Ellis,*

*Dear Sir*—You will please take notice, that an account against you in favor of *F. G. Atwood, of Herrick,* calling for *Two and 50-100* Dollars has been left with me for collection. Please call at my office in Le Raysville, Penna., on the *2nd* day of *Nov. 1901*, and settle the same. *Or remit by mail.*

Le Raysville, Pa.                                    *P. E. Woodruff,*
                                                  Justice of the Peace.


OPINION OF COURT:

The recent case of Wagner v. Hoffman, 19 Superior Ct. 414, is decisive of the question raised by the first exception and the others are not sustained. And now, June 24, 1902, exceptions dismissed and judgment of the Justice of the Peace affirmed.

By the Court.

A. C. Fanning, P. J.

See Bar v. Law, 27 C. C., 57.

Weber v. Condrin, 11 D. R., 396.

Reported by Jas. R. Leahy, Esq.,
Towanda, Pa.